UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
HONG LIU,

        Plaintiff,

  -v.-

FARADAY&FUTURE INC., SMART KING LTD., JIAWEI WANG, and CHAOYING DENG,

        Defendants

------------------------------------- X

Case No. 1:20-cv-00019-GBD

**Judge George B. Daniels**

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Faraday&Future Inc. and Smart King LTD. ("Defendants") certify that there are no parent corporations or any publicly held corporations owning 10% or more of Defendants' stock.

Dated: New York, New York
       February 14, 2020

**TROUTMAN SANDERS LLP**

*/s/ Daniel N. Ansizka*
Daniel N. Anziska
daniel.anziska@troutman.com
Mackenzie Willow-Johnson
(*pro hac vice forthcoming*)
mackenzie.willow-johnson@troutman.com
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

*Attorneys for Defendants*

41393176