**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

HONG LIU,

                              Plaintiff,

-against-

FARADAY&FUTURE INC. et al.,

                             Defendants.

------------------------------------- x

ORDER

20 Civ. 19 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 26, 2020 conference is cancelled. This Court will hear oral argument on Defendants' Motion to Dismiss, (ECF No. 20), on May 28, 2020 at 10:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge