UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

HONG LIU,

                     Plaintiff,

  -against-

FARAGAY&FUTURE INC.; SMART KING LTD.;
JIAWEI WANG; CHAOYING DENG,

                   Defendants.

------------------------------------- X

<u>ORDER</u>

20 Civ. 19 (GBD)

GEORGE B. DANIELS, District Judge:

The May 28, 2020 oral argument is adjourned to August 20, 2020 at 10:30 a.m.

Dated: May 5, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE