**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

HONG LIU,                              :

                     Plaintiff,    :

      -against-                   :

                                 :

FARAGAY&FUTURE INC.; SMART KING LTD.; :
JIAWEI WANG; CHAOYING DENG,            :

                    Defendants.   :

                                 :

------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE . . . . . JUN 2 2 2020

<u>ORDER</u>

20 Civ. 19 (GBD)

GEORGE B. DANIELS, District Judge:

      The July 30, 2020 status conference is hereby cancelled.

Dated: June 22, 2020
      New York, New York

                                   SO ORDERED.

                                  *George B. Daniels*

                                  GEORGE B. DANIELS
                                  UNITED STATES DISTRICT JUDGE