UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Hong Liu,

                Plaintiff,

     -against-

Faraday&Future Inc., et al.,

                Defendant.
-------------------------------------------------------

Case No. 1:20-cv-00019-GBD

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

           **Daniel Nathan Anziska**
           FILL IN ATTORNEY NAME

My SDNY Bar Number is: DA9495      My State Bar Number is: 3926276

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Troutman Sanders LLP
                   FIRM ADDRESS: 875 Third Avenue, New York, NY 10022
                   FIRM TELEPHONE NUMBER: (212) 704-6000
                   FIRM FAX NUMBER: (212) 704-6288

NEW FIRM:    FIRM NAME: Troutman Pepper Hamilton Sanders LLP
                   FIRM ADDRESS: 875 Third Avenue, New York, NY 10022
                   FIRM TELEPHONE NUMBER: (212) 704-6000
                   FIRM FAX NUMBER: (212) 704-6288

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 9, 2020                                   s/Daniel Nathan Anziska
                                                                ATTORNEY'S SIGNATURE