UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

HONG LIU,

                Plaintiff,

  -against-

FARADAY&FUTURE INC.; SMART
KING LTD.; JIAWEI WANG; CHAOYING
DENG,

                Defendants.

------------------------------------- X

ORDER

20 Civ. 19 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 10 2020

GEORGE B. DANIELS, District Judge:

The oral argument scheduled for August 20, 2020 is adjourned to **August 26, 2020 at 10:30 a.m.** and shall occur as a videoconference using the Skype platform.

To optimize the quality of the video feed, only the Court, Plaintiff's counsel, and Defendant's counsel will appear by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the Skype system, only one counsel per party may participate. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933-2166 and entering the code ID 267636548.

    To optimize use of the Court's video conferencing technology, all participants in the call must:
        1. Use a browser other than Microsoft Explorer to access Skype for Business;
        2. Position the participant's device as close to the WiFi router as is feasible;
        3. Ensure any others in the participant's household are not using WiFi during the period of the call;
        4. Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant;

If there is ambient noise, the participant must mute his or her device when not speaking. Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of those

accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

To the extent that there are any documents relevant to the proceeding, counsel should submit them to the Court (by email or on ECF, as appropriate) **at least 24 hours prior to the proceeding**.

Dated: August 10, 2020
      New York, New York

                                       SO ORDERED.

                                       *George B. Daniels*
                                       GEORGE B. DANIELS
                                       UNITED STATES DISTRICT JUDGE