USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

HONG LIU,

                      Plaintiff,

      -against-

FARADAY&FUTURE INC.; SMART KING LTD.;
JIAWEI WANG; CHAOYING DENG,

                      Defendants.

------------------------------------ x

ORDER

20 Civ. 19 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Defendants' motion to transfer the case to the Central District of California, ECF No. 20, is GRANTED.

The Clerk of Court is directed to close the motion at ECF No. 20 accordingly, and the Clerk of Court is also directed to transfer this action to the Central District of California.

Dated: New York, New York
       August 26, 2020

                                              SO ORDERED.

                                              *[signature]*
                                              GEORGE B. DANIELS
                                              United States District Judge